**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **IN RE:** | |
| **MATTHEW HOWER** | **CASE NO. 22-12773-amc** |
| **MELISSA HOWER** | **CHAPTER 13** |
|       **DEBTOR** | |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

NAME:     FREEDOM MORTGAGE CORPORATION

EFFECTIVE DATE OF CHANGE: 04/29/2024

OLD NOTICE ADDRESS:     10500 Kincaid Drive, Suite 300
    Fishers, IN 46037-9764

NEW NOTICE ADDRESS:     11988 Exit 5 Parkway, Building 4
    Fishers, IN 46037-9739

OLD PAYMENT ADDRESS:     10500 Kincaid Drive, Suite 300
    Fishers, IN 46037-9764

NEW PAYMENT ADDRESS:     11988 Exit 5 Parkway, Building 4
    Fishers, IN 46037-9739

Dated: August 22, 2024

    */s/Lorri Beltz*
    Lorri Beltz, Vice President, Default
    Freedom Mortgage Corporation
    11988 Exit 5 Parkway, Building 4
    Fishers, IN 46037-9739
    Telephone: (855) 690-5900
    E-Mail: Bankruptcy@FreedomMortgage.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **IN RE:** | |
| **MATTHEW HOWER** | **CASE NO. 22-12773-amc** |
| **MELISSA HOWER** | **CHAPTER 13** |
| **DEBTOR** | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have served a true and correct copy of the Notice Of Creditor's Change Of Address to all creditors and parties in interest by electronic means or mailed, postage prepaid on this day to the following:

<u>Via First Class Mail:</u>

| | |
|---|---|
| BRAD J. SADEK | KENNETH E. WEST |
| SADEK LAW OFFICES, LLC | 1234 Market St Ste 1813 |
| 1500 John F Kennedy Blvd Ste 220 | Philadelphia PA 19107-3704 |
| Philadelphia PA 19102-1754 | *Chapter 13 Trustee* |
| *Counsel for Debtor* | |

MATTHEW HOWER
MELISSA HOWER
601 Beaver Run
Warminster PA 18974-4419
*Debtor*

<u>This 22nd Day of August, 2024</u>

                                              */s/Lorri Beltz*
                                              Lorri Beltz, Vice President, Default
                                              Freedom Mortgage Corporation
                                              11988 Exit 5 Parkway, Building 4
                                              Fishers, IN 46037-9739
                                              Telephone: (855) 690-5900
                                              E-Mail: Bankruptcy@FreedomMortgage.com