**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    Matthew Hower | : | Chapter 13 |
|    Melissa Hower | : | Case No.: 22-12773-DJB |
| | : | |
|    Debtor(s) | : | |

### CERTIFICATE OF NO RESPONSE

     I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Motion to Modify Plan After Confirmation* and respectfully request that the Order attached to the Motion be entered.


Dated: October 3, 2025                       /s/ Brad J. Sadek, Esquire
                                                         Brad J. Sadek, Esquire
                                                         Sadek Law Offices, LLC
                                                         1500 JFK Boulevard, Suite #220
                                                         Philadelphia, PA 19102
                                                         brad@sadeklaw.com
                                                          215-545-0008