**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
| --- | --- | --- |
| Matthew Hower | : | Chapter 13 |
| Melissa Hower | : | Case No.: 22-12773-DJB |
| Debtor | : | |

## ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # __41__, the "Motion");

It is hereby ordered that

1)  The Motion is granted; and

2)  The Modified Plan (doc. # __43__) is approved.

DATE: **October 9, 2025**

_____
DEREK J. BAKER
U.S. BANKRUPTCY JUDGE